IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASH REGISTER,

      Petitioner,　　　　　　　No. CIV S-05-1084 DFL DAD P

  vs.

STEVE MOORE, et al.,

      Respondents.　　　　　　<u>ORDER</u>

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the required filing fee.

      Petitioner is incarcerated pursuant to a judgment of conviction entered in 1979 in the Los Angeles County Superior Court. In this action petitioner challenges two decisions of the California Board of Prison Terms finding petitioner unsuitable for parole. The decisions were issued after subsequent parole consideration hearings held on May 9, 2002, and May 22, 2003.

      Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's habeas petition.

      Accordingly, IT IS HEREBY ORDERED that:

1. Respondents are directed to file a response to petitioner's habeas petition within thirty days after this order is signed. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An

1

1 answer to the petition shall be accompanied by all transcripts and other documents relevant to the
2 issues presented in the habeas petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

3     2. If the response to petitioner's habeas petition is an answer, petitioner's reply, if
4 any, shall be filed and served within thirty days after the answer is served;

5     3. If the response to petitioner's habeas petition is a motion, petitioner's
6 opposition or statement of non-opposition to the motion shall be filed and served within thirty
7 days after the motion is served, and respondents' reply, if any, shall be filed and served within
8 fifteen days after petitioner's opposition is served; and

9     4. The Clerk of the Court shall serve a copy of this order together with a copy of
10 the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 filed in this action on June 1,
11 2005, upon Jennifer A. Neill, Lead Supervising Deputy Attorney General of the Correctional
12 Law Section.
13 DATED: June 7, 2005.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 DAD:13
regi1084.100f

2