IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASH REGISTER,

    Petitioner,               No. CIV S-05-1084 DFL DAD P

    vs.

STEVE MOORE, et al.,

    Respondents.             <u>ORDER</u>

                               /

        By order signed June 7, 2005, respondents were directed to file a response to the petition for writ of habeas corpus filed by petitioner on June 1, 2005. The response was to be filed within thirty days after the order was signed. More than thirty days have passed and no response has been filed. IT IS HEREBY ORDERED that respondents shall, within ten days after this order is filed, file a declaration showing good cause for their failure to respond to petitioner's habeas petition.

DATED: July 18, 2005.

                                              /s/ Dale A. Drozd
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:13
regi1084.osc