IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASH REGISTER,

        Petitioner,                No. CIV S-05-1084 DFL DAD P

    vs.

STEVE MOORE, et al.,

        Respondents.          <u>ORDER</u>

_____/

        Good cause having been shown, IT IS HEREBY ORDERED that:

        1. The order to show cause filed July 18, 2005, is discharged; and

        2. Respondents are granted thirty days from the date of this order to file and serve their response to the petition for writ of habeas corpus.

DATED: July 25, 2005.

                              /s/ Dale A. Drozd
                              DALE A. DROZD
                              UNITED STATES MAGISTRATE JUDGE

DAD:13
regi1084.ext