IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASH REGISTER,

        Petitioner,             No. CIV S-05-1084 DFL DAD P

   vs.

STEVE MOORE, et al.,

        Respondents.       <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is challenging two decisions of the California Board of Prison Terms finding petitioner unsuitable for parole and denying petitioner a parole date.  The decisions were made by a panel of the Board after subsequent parole consideration hearings held on May 9, 2002, and May 22, 2003.  The matter is before the court on respondents' motion to dismiss.

        Respondents assert that there is no federal subject matter jurisdiction over the petition because there is no federally protected liberty interest in parole under California law.  In support of these contentions, respondents rely on <u>Sass v. California Board of Prison Terms</u>, 376 F. Supp. 2d 975 (E.D. Cal. 2005).  The <u>Sass</u> case is set for oral argument in the United States Court of Appeals for the Ninth Circuit on March 16, 2006.  (<u>See</u> <u>Sass v. California Board of</u>

1

Prison Terms, appellate docket # 05-16455, docket entry Jan. 26, 2006.)  However, it is currently binding Ninth Circuit law that California's parole scheme does give rise to a cognizable liberty interest in release on parole, even for prisoners who have not already been granted a parole date. McQuillion v. Duncan, 306 F.3d 895, 903 (9th Cir. 2002); Biggs v. Terhune, 334 F.3d 910, 914 (9th Cir. 2003). Good cause appearing, respondents' motion to dismiss will be denied without prejudice to the filing of a renewed motion, if appropriate.

        Accordingly, IT IS ORDERED that respondents' August 25, 2005 motion to dismiss is denied without prejudice.  Not later than thirty days after a decision by the Ninth Circuit Court of Appeals in the Sass appeal respondent shall file either a renewed motion to dismiss or an answer.

DATED: February 24, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
regi1084.dmtd

2