IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASH REGISTER,

     Petitioner,     No. CIV S-05-1084 DFL DAD P

  v.

                        O R D E R

STEVE MOORE, et al.,

     Respondents.

_____/

On March 1, 2006, respondents filed a request for reconsideration of the magistrate judge's order filed February 24, 2006, denying respondents' motion to dismiss. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law. See Johnson v. Finn, CIV S-05-385 DFL GGH.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed February 24, 2006 is

1 | affirmed.
2 |     IT IS SO ORDERED.
3 | Dated: 8/3/2006

_____
DAVID F. LEVI
United States District Judge