IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASH REGISTER,

    Petitioner,                      No. 2:05-cv-01084 ALA HC

    vs.

STEVE MOORE,

    Respondent.                   ORDER

_____/

    Petitioner Kash Register, a state prisoner proceeding pro se, has timely filed a notice of appeal of this Court's May 23, 2008 order denying his application for a writ of habeas corpus. He has also requested a Certificate of Appealability.

    When an application for federal habeas corpus challenges "the Board of Prison Terms' administrative decision to deny [a] request for parole," but not "the State court judgment or sentence derived therefrom," the challenged decision relates to the execution of a petitioner's sentence. *Rosas v. Nielsen*, 428 F.3d 1229, 1231 (9th Cir. 2005). Consequently, a petitioner challenging a parole denial need not secure a certificate of appealability to appeal a district court's denial of his habeas petition because the petitioner is not challenging a detention arising out of "process issued by a State court." 28 U.S.C. § 2253(c)(1)(A).

1

1    In *Rosas*, "[t]he target of the first ground [of the] petition [was] not the State court
2 judgment or sentence derived therefrom, but the Board of Prison Terms' administrative
3 decision to deny his request for parole." 428 F.3d at 1232.  Here, Petitioner targets the
4 California Board of Prison Terms' administrative decision finding him unsuitable for
5 parole.  As in *Rosas*, the challenged decision relates to the execution of Petitioner's
6 sentence, and no certificate of appealability is required.

7    The Clerk of the Court is DIRECTED to refer the appeal to the Ninth Circuit.
8 ///
9 DATED: June 26, 2008

/s/ Arthur Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation