IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASH REGISTER,

      Petitioner,               Case No. 2:05-cv-01084 ALA (HC)

    vs.

STEVE MOORE, el al.,

      Respondents.          ORDER

_____/

      On June 27, 2008, the Office of the Clerk for the United States District Court, Eastern District of California, sent Petitioner Kash Register a bill for fees associated with his appeal to the Ninth Circuit. (Doc. 35). In response, Petitioner filed a letter expressing his inability to pay the filing fee. (Doc. 37)  Petitioner inquired about the possibility of making monthly payments.

      Petitioner did not proceed *in forma pauperis* before this Court.  Therefore, Petitioner should seek leave to proceed *in forma pauperis* pursuant to Rule 24 of the Federal Rules of Appellate Procedure.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. The Clerk of Court mail Petitioner an application to proceed *in forma pauperis*; and

      2. Petitioner file the application with this Court on or before August 13, 2008.

/////

1  DATED: July 17, 2008

2                                                /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
3                                                Sitting by Designation