IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KASH REGISTER,

    Petitioner,               No. 2:05-cv-01084 ALA HC

    vs.

STEVE MOORE,

    Respondent.          ORDER

_____/

    Petitioner Kash Register, a state prisoner proceeding pro se, has timely filed a notice of appeal of this Court's May 23, 2008 order denying his application for a writ of habeas corpus. On July 31, 2008, Petitioner filed a duly executed application to proceed *in forma pauperis* on appeal pursuant to Rule 24 of the Federal Rules of Appellate Procedure.

    Good cause appearing, IT IS HEREBY ORDERED that Petitioner's request to proceed *in forma pauperis* is GRANTED.

/////

DATED: August 5, 2008

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation